IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.O.

05 SEP 12 PM 1: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROBERT ODELL FINCH,

    Plaintiff,

v.                                                                                          No. 05-2643-B/V

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

## ORDER OF REFERENCE

---

This social security appeal is referred to the United States Magistrate Judge for a report and recommendation. Any exceptions to the magistrate judge's report shall be made in writing within ten (10) days after service of the report, setting forth particularly those portions of the report excepted to and the reasons for the exceptions. See 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED** this 12th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02643 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

R. David Strickland
LAW OFFICES OF R. DAVID STRICKLAND
2790 N. Highland Ave.
Suite A
Jackson, TN 38305

J. Mark Patey
JAYNES & PATEY
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT