IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 13 PM 4:09

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROBERT O. FINCH,

    Appellant,

v.

Case No.: 05-2643-B/V

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Appellee.

---

## ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

Entered this 13th day of December, 2005.

THOMAS M. GOULD, CLERK

BY: *Carline Drayer*
    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02643 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

R. David Strickland
LAW OFFICES OF R. DAVID STRICKLAND
2790 N. Highland Ave.
Suite A
Jackson, TN 38305

J. Mark Patey
JAYNES & PATEY
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT